UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:26-cv-00107

———

**Cody Barnhill,**
*Plaintiff,*

v.

**Charles Halim et al.,**
*Defendants.*

———

**ORDER**

Plaintiff, a prisoner of the Texas Department of Criminal Justice proceeding pro se, filed this lawsuit under 42 U.S.C. § 1983 and sought leave to proceed in forma pauperis. Docs. 1, 2. The case was referred to a magistrate judge, who issued a report recommending that the court deny plaintiff pauper status and dismiss the case under the three-strike rule of 28 U.S.C. § 1915(g). Doc. 4 at 1–2. Plaintiff timely objected to the report and, thus, the court reviews the magistrate judge's report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3).

Under 28 U.S.C. § 1915(g), an incarcerated plaintiff may not bring a civil action in forma pauperis if the prisoner has brought three prior actions that were dismissed for frivolity, maliciousness, or failure to state a claim. Here, the magistrate judge recommended dismissal because plaintiff did not pay the filing fee and "had at least three previous lawsuits dismissed as frivolous or for failure to state a claim." Doc. 4 at 1. Plaintiff objects that his "previous dismissed cases were not 'strikes.'" Doc. 13. However, a cursory review of these prior cases shows that they were dismissed for failure to state a claim. *Barnhill v. Field Officer Caleb Brumley*, No. 4:23-cv-02021 (S.D. Tex. Sep. 12, 2024) (dismissing with prejudice for failure to state a claim upon which relief can be granted); *Barnhill v. Mathapathi*, No. 7:20-cv-00084 (N.D. Tex. Sep. 26, 2023) (same); *Barnhill v. Muirhead*, No. 7:19-cv-00026 (N.D. Tex. Mar. 31, 2022) (same). Plaintiff's one-sentence

- 1 -

objection does not offer any reason to find otherwise. Thus, plaintiff is barred from proceeding in forma pauperis under the three-strike rule of 28 U.S.C. § 1915(g).

Having reviewed the report and being satisfied that there is no error, the court accepts its findings and recommendations. Accordingly, all claims in this matter are dismissed with prejudice as to the refiling of another in forma pauperis lawsuit raising the same claims but without prejudice as to refiling upon payment of the full filing fee. Any pending motions are denied as moot.

*So ordered by the court on May 14, 2026.*

J. CAMPBELL BARKER
United States District Judge